UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY ORTEGA,

Plaintiff,

- against -

NYU HOSPITALS CENTER,

Defendant.

**26-cv-7799 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff purported to file a second amended complaint (ECF No. 7) to correct a deficient docket entry of the first amended complaint (ECF No. 6). Aside from adding a proper signature, however, the so named first and second amended complaints do not differ from the complaint (ECF No. 1) that was served on the defendant on September 17, 2026 (ECF No. 5).

Accordingly, the Court will construe the corrected complaint filed at ECF No. 7 as the operative unamended complaint, and no further service of that complaint is required. The defendant's time to answer or otherwise respond to the complaint remains **October 8, 2026**. The plaintiff is directed to serve the defendant a copy of this Order by **September 30, 2026**.

**SO ORDERED.**

**Dated:** New York, New York
September 24, 2026

John G. Koeltl
United States District Judge